# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

*In re:*

Matthew Scott Piet
Heather Marie Piet

Debtor(s).

Chapter: 13

Case Number: 18-51608
Judge: Mark A. Randon

## STIPULATION FOR ENTRY OF AN ORDER ALLOWING DEBTORS TO ENTER INTO PERMANENT MORTGAGE LOAN MODIFICATION

The undersigned hereby stipulate to entry of the attached Order labeled as "Exhibit A"

Approved per Local Rules (E.D.M.):

Krispen S. Carroll (P49817)
Margaret Conti Schmidt (P42945)
Maria Gotsis (P67107)
Chapter 13 Trustee
719 Griswold
Suite 1100
Detroit, MII 48226
(313) 962-5035
notice@det13ksc.com

Approved as to form and content:

/s/Afan Bapacker
Afan Bapacker (p70885)
Attorney for Debtor
16030 Michigan Ave., Ste. 220
Dearborn, MI 48126
(313) 429-9525
afan@bapackerlaw.com

By: Robert Parker
PPR Note Co., LLC
920 Cassatt Rd. Suite 210
Berwyn, PA 19312
888-879-4997 Phone
888-227-1422 Fax

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

*In re:*

Matthew Scott Piet
Heather Marie Piet

Debtor(s).

**Chapter:** 13

**Case Number:** 18-51608
**Judge:** Mark A. Randon

## ORDER ALLOWING DEBTORS TO ENTER INTO PERMANENT MORTGAGE LOAN MODIFICATION WITH CREDITOR, PARTNERS FOR PAYMENT RELIEF DEII, LLC, <u>AND MODIFYING CHAPTER 13 PLAN</u>

THIS CAUSE came before the Court on Stipulation of the Debtors, Matthew and Heather Piet, the Chapter 13 Trustee and the Creditor for entry of an Order Allowing Debtors to Enter Into Permanent Mortgage Loan Modification with Creditor, Partners for Payment Relief DEII, LLC, and Modifying Chapter 13 Plan, and this Court, having reviewed the Stipulation and proposed Order, having determined that entry of this Order is consistent with the provisions of Title 11, United States Code, having determined that entry of this Order is not adverse to any party in interest, and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED as follows:
1. Debtors' Permanent Loan Modification with Creditor is approved as follows:
   a. Debtors' ongoing Class 4.1 mortgage payment shall be principal and interest of $364.61 per month by July 1, 2019 paid to FCI Lender Service, PO Box 27370, Anaheim Hills, CA 92809.
   b. Chapter 13 Trustee shall make a one-time payment of $ 5,000.00 to Creditor at address in 1(a) to fully satisfy Creditor's Class 4.2 claim by July 1, 2019.
   c. The property securing this mortgage is located at 3014 North Main Street Royal Oak, MI 48073.
   d. The interest rate on the mortgage loan shall be 7.250 % per annum.
   e. Payment change to be effective on July 1, 2019.

2. Outside of payment noted in 1(b) the Chapter 13 Trustee shall not make further disbursements on the Class 4.2 arrearage claim of Creditor, unless further ordered by the Court.

3. Loan shall be deemed contractually current per the terms of the Loan Modification and ongoing payments shall be made through Debtor's Plan by the Chapter 13 Trustee.

4. Except as modified in this Order, the terms and conditions of the Loan and Mortgage documents between Debtors Creditor shall remain in full force and effect.

5. The treatment of the claim of Creditor in Debtors' Chapter 13 Plan as confirmed (and as previously modified, if at all) is modified as necessary to comply with the provisions of this Order, including but not limited to, the reduction in Creditor's Class 4.1 mortgage payment and suspension of disbursements on Creditor's Class 4.2 pre-petition arrearage claim.

IT IS FURTHER Ordered and adjudged that except as expressly modified herein, Debtors' Plan as confirmed (and as previously modified, if at all) shall remain in full force and effect.

EXHIBIT A