| Fill in this information to identify the case: |
|---|
| Debtor 1    Matthew Scott Piet |
| Debtor 2    Heather Marie Piet |
| United States Bankruptcy Court for the: Eastern District of Michigan (Detroit Division) |
| Case number :   18-51608-mar |

Official Form 410S1

# Notice of Mortgage Payment Change         12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment is due. See Bankruptcy Rule 3002.1.

| Name of creditor: | NewRez LLC d/b/a Shellpoint Mortgage Servicing | Court claim no. (if known): | 9 |
|---|---|---|---|
| Last 4 digits of any number you use to identify the debtor's account: | 4244 | Date of payment change: Must be at least 21 days after date of this notice | 09/01/2019 |
| | | New total payment: Principal, interest, and escrow, if any | $1,484.36 |

## Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?

   [ ] No

   [X] Yes. Attach a copy of the escrow account statement prepared in a form consistent with the applicable nonbankruptcy law.
   Describe the basis for the change. If a statement is not attached, explain why:

   Current escrow payment: $275.44          New escrow payment: $934.93

## Part : 2  Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?

   [X] No

   [ ] Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:

   Current interest rate:                          New interest rate:
   Current Principal and interest payment:         New principal and interest payment:

## Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?

   [X] No

   [ ] Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (Court approval may be required before the payment change can take effect).
   Reason for change:
   Current mortgage payment:                    New mortgage payment:

Debtor 1 Matthew Scott Piet     Case number (if known) 18-51608-mar

## Part 4: Sign Below

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box:*

[ ] I am the creditor.

[X] I am the creditor's attorney or authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

/s/ Julian Cotton     Date 8/6/2019
Signature

| | | | |
|---|---|---|---|
| Print | Julian Cotton | Title | Authorized Agent for Creditor |
| Company | Padgett Law Group | | |
| Address | 6267 Old Water Oak Road, Suite 203 | | |
| | Tallahassee FL, 32312 | | |
| Contact phone | (850) 422-2520 | Email | bkcrm@padgettlawgroup.com |

IN RE: Matthew Scott Piet,
    Heather Marie Piet

        Debtors(s)

_____/

Case No: 18-51608-mar
Chapter 13

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that, on this the __6th__ day of August, 2019, a true and correct copy of the

foregoing was served by U.S., First Class, and/or electronic transmission to:

Debtor
Matthew Scott Piet
3014 N. Main Street
Royal Oak, MI 48073

Co-Debtor
Heather Marie Piet
3014 N. Main Street
Royal Oak, MI 48073

Attorney
Afan Bapacker
16030 Michigan Avenue
Suite 220
Dearborn, MI 48126

Trustee
Krispen S. Carroll
719 Griswold
Suite 1100
Detroit, MI 48226

/S/ Julian Cotton

_____
JULIAN COTTON
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)

(850) 422-2567 (facsimile)
bkcrm@padgettlaw.net
*Authorized Agent for Creditor*



Shellpoint Mortgage Servicing
PO Box 10826
Greenville, SC  29603 0826
For Inquiries:  (800) 365-7107

Final

Analysis Date:  
Loan:  
Property Address:  
3014 MAIN ST  
ROYAL OAK, MI   48073

July 23, 2019

MATTHEW PIET  
3014 MAIN ST  
ROYAL OAK MI   48073

## Annual Escrow Account Disclosure Statement - Account History

The following is an overview of your escrow account with Shellpoint Mortgage Servicing. It contains the history of escrow payments made on your behalf in the prior year, and a snapshot of the anticipated disbursements for the coming year. Any potential adjustments due to increases or decreases with your escrow items may affect your monthly escrow payment. If your escrow payment increases, your monthly payment will also increase. If the escrow payment decreases, your mortgage payment will decrease.

| Payment Information | Contractual | Effective Sep 01, 2019 | Prior Esc Pmt | November 01, 2018 | Escrow Balance Calculation | |
|---|---|---|---|---|---|---|
| P & I Pmt: | $549.43 | $549.43 | P & I Pmt: | $549.43 | Due Date: | May 01, 2017 |
| Escrow Pmt: | $0.01 | $934.93 | Escrow Pmt: | $275.44 | Escrow Balance: | ($15,729.97) |
| Other Funds Pmt: | $0.00 | $0.00 | Other Funds Pmt: | $0.00 | Anticipated Pmts to Escrow: | $3,305.30 |
| Asst. Pmt (-): | $0.00 | $0.00 | Asst. Pmt (-): | $0.00 | Anticipated Pmts from Escrow (-): | $0.00 |
| Reserve Acct Pmt: | $0.00 | $0.00 | Resrv Acct Pmt: | $0.00 | | |
| Total Payment: | $549.44 | $1,484.36 | Total Payment: | $824.87 | Anticipated Escrow Balance: | ($12,424.67) |

| Shortage/Overage Information | Effective Sep 01, 2019 |
|---|---|
| Upcoming Total Annual Bills | $11,219.19 |
| Required Cushion | $1,869.87 |
| Required Starting Balance | $2,804.83 |
| Escrow Shortage | -$15,229.50 |
| Surplus | $0.00 |

**Cushion Calculation:** Because Shellpoint Mortgage Servicing does not set your tax amounts or insurance premiums, your escrow balance contains a cushion of 1,869.87. A cushion is an additional amount of funds held in your escrow in order to prevent the balance from becoming overdrawn when an increase in the disbursement amount occurs. Your lowest monthly balance should not be below 1,869.87 or 1/6 of the anticipated payment from the account.

This is a statement of actual activity in your escrow account from Dec 2002 to Aug 2019.  Last year's anticipated activity (payments to and from your escrow account) is next to the actual activity.

| Date | Payments to Escrow Anticipated | Payments to Escrow Actual | Payments From Escrow Anticipated | Payments From Escrow Actual | | Description | Escrow Balance Required | Escrow Balance Actual |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Starting Balance | (4,510.78) | (4,211.42) |
| Dec 2002 | 0.02 | | | | * | | (4,510.76) | (4,211.42) |
| Jan 2003 | 0.02 | | | | * | | (4,510.74) | (4,211.42) |
| Mar 2003 | 0.02 | | | | * | | (4,510.72) | (4,211.42) |
| Apr 2003 | 0.02 | | | | * | | (4,510.70) | (4,211.42) |
| May 2003 | 0.02 | | | | * | | (4,510.68) | (4,211.42) |
| Jun 2003 | 0.02 | | | | * | | (4,510.66) | (4,211.42) |
| Jul 2003 | 0.02 | | | | * | | (4,510.64) | (4,211.42) |
| Aug 2003 | 0.02 | | | | * | | (4,510.62) | (4,211.42) |
| Sep 2003 | 0.02 | | | | * | | (4,510.60) | (4,211.42) |
| Oct 2003 | 0.02 | | | | * | | (4,510.58) | (4,211.42) |
| Nov 2003 | 0.02 | | | | * | | (4,510.56) | (4,211.42) |
| Aug 2013 | | 523.73 | | | * | | (4,510.56) | (3,687.69) |
| Sep 2013 | | 523.73 | | | * | | (4,510.56) | (3,163.96) |
| Oct 2013 | | 523.73 | | | * | | (4,510.56) | (2,640.23) |
| Nov 2013 | | 1,036.00 | | | * | | (4,510.56) | (1,604.23) |
| Dec 2013 | | | | 252.88 | * | City Tax | (4,510.56) | (1,857.11) |
| Jan 2014 | | 518.00 | | | * | | (4,510.56) | (1,339.11) |
| Jan 2014 | | 518.00 | | | * | | (4,510.56) | (821.11) |
| Jan 2014 | | | | 949.68 | * | Hazard | (4,510.56) | (1,770.79) |
| Mar 2014 | | 518.00 | | | * | | (4,510.56) | (1,252.79) |
| Apr 2014 | | 1,036.00 | | | * | | (4,510.56) | (216.79) |
| May 2014 | | 518.00 | | | * | | (4,510.56) | 301.21 |
| Jun 2014 | | 518.00 | | | * | | (4,510.56) | 819.21 |
| Jul 2014 | | 518.00 | | | * | | (4,510.56) | 1,337.21 |
| Jul 2014 | | | | 1,873.91 | * | City Tax | (4,510.56) | (536.70) |
| Aug 2014 | | | | 2,030.50 | * | Escrow Only Payment | (4,510.56) | (2,567.20) |
| Aug 2014 | | | | 203.05 | * | Escrow Only Payment | (4,510.56) | (2,770.25) |
| Sep 2014 | | 518.00 | | | * | | (4,510.56) | (2,252.25) |
| Sep 2014 | | 518.00 | | | * | | (4,510.56) | (1,734.25) |
| Oct 2014 | | 257.49 | | | * | | (4,510.56) | (1,476.76) |
| Dec 2014 | | 257.49 | | | * | | (4,510.56) | (1,219.27) |
| Dec 2014 | | 257.49 | | | * | | (4,510.56) | (961.78) |
| Dec 2014 | | | | 438.67 | * | City Tax | (4,510.56) | (1,400.45) |
| Jan 2015 | | 257.49 | | | * | | (4,510.56) | (1,142.96) |
| Jan 2015 | | | | 954.15 | * | Hazard | (4,510.56) | (2,097.11) |

| Date | Col1 | Col2 | Col3 | Desc | Col5 | Col6 |
|---|---|---|---|---|---|---|
| Feb 2015 | 257.49 | | * | | (4,510.56) | (1,839.62) |
| Mar 2015 | 467.67 | | * | | (4,510.56) | (1,371.95) |
| May 2015 | 935.34 | | * | | (4,510.56) | (436.61) |
| Jun 2015 | 467.67 | | * | | (4,510.56) | 31.06 |
| Jun 2015 | | 1,596.32 | * | Escrow Only Payment | (4,510.56) | (1,565.26) |
| Jun 2015 | | 127.71 | * | Escrow Only Payment | (4,510.56) | (1,692.97) |
| Jul 2015 | 467.67 | | * | | (4,510.56) | (1,225.30) |
| Jul 2015 | | 1,881.25 | * | City Tax | (4,510.56) | (3,106.55) |
| Aug 2015 | 530.50 | | * | | (4,510.56) | (2,576.05) |
| Oct 2015 | 530.50 | | * | | (4,510.56) | (2,045.55) |
| Oct 2015 | 588.77 | | * | | (4,510.56) | (1,456.78) |
| Nov 2015 | 479.69 | | * | | (4,510.56) | (977.09) |
| Dec 2015 | | 444.38 | * | City Tax | (4,510.56) | (1,421.47) |
| Jan 2016 | 479.69 | | * | | (4,510.56) | (941.78) |
| Jan 2016 | | 965.35 | * | Hazard | (4,510.56) | (1,907.13) |
| Feb 2016 | 479.69 | | * | | (4,510.56) | (1,427.44) |
| Feb 2016 | 479.69 | | * | | (4,510.56) | (947.75) |
| Mar 2016 | 479.69 | | * | | (4,510.56) | (468.06) |
| May 2016 | 479.69 | | * | | (4,510.56) | 11.63 |
| May 2016 | 479.69 | | * | | (4,510.56) | 491.32 |
| Jul 2016 | 479.69 | | * | | (4,510.56) | 971.01 |
| Jul 2016 | | 1,890.01 | * | City Tax | (4,510.56) | (919.00) |
| Aug 2016 | 479.69 | | * | | (4,510.56) | (439.31) |
| Sep 2016 | 479.69 | | * | | (4,510.56) | 40.38 |
| Oct 2016 | 479.69 | | * | | (4,510.56) | 520.07 |
| Nov 2016 | 277.47 | | * | | (4,510.56) | 797.54 |
| Dec 2016 | 277.47 | | * | | (4,510.56) | 1,075.01 |
| Dec 2016 | 277.47 | | * | | (4,510.56) | 1,352.48 |
| Dec 2016 | | 441.39 | * | City Tax | (4,510.56) | 911.09 |
| Jan 2017 | 277.47 | | * | | (4,510.56) | 1,188.56 |
| Jan 2017 | | 984.85 | * | Hazard | (4,510.56) | 203.71 |
| May 2017 | 276.37 | | * | | (4,510.56) | 480.08 |
| May 2017 | 175.34 | | * | | (4,510.56) | 655.42 |
| Jul 2017 | | 1,860.93 | * | City Tax | (4,510.56) | (1,205.51) |
| Dec 2017 | | 440.39 | * | City Tax | (4,510.56) | (1,645.90) |
| Jan 2018 | | 985.00 | * | Hazard | (4,510.56) | (2,630.90) |
| Jul 2018 | | 1,879.88 | * | City Tax | (4,510.56) | (4,510.78) |
| Dec 2018 | | 510.49 | * | City Tax | (4,510.56) | (5,021.27) |
| Jan 2019 | | 1,481.44 | * | Hazard | (4,510.56) | (6,502.71) |
| Feb 2019 | | 985.00 | * | Hazard | $2,804.83 | (6,502.71) |
| Jul 2019 | | 1,816.75 | * | City Tax | $2,804.83 | (8,319.46) |
| Jul 2019 | | 7,410.51 | * | Water/Sewer Tax | $2,804.83 | (15,729.97) |
| | | | | Anticipated Transactions | $2,804.83 | (15,729.97) |
| Jul 2019 | 3,029.86P | | | | | (12,700.11) |
| Aug 2019 | 275.44P | | | | | ($12,424.67) |
| | $0.22 | $23,206.24 | $985.00 | $31,419.49 | | |

An asterisk (*) indicates a difference from a previous estimate either in the date or the amount. If you want a further explanation, please call our toll-free number.
P - The letter (P) beside an amount indicates that the payment or disbursement has not yet occurred but is estimated to occur as shown.

Shellpoint Mortgage Servicing  
For Inquiries: (800) 365-7107

Final

Analysis Date: July 23, 2019  
Loan: ▉▉▉▉▉▉

## Annual Escrow Account Disclosure Statement - Projections for Coming Year

This is an estimate of activity in your escrow account during the coming year based on payments anticipated to be made to and from your account.

| Date | Anticipated Payments To Escrow | Anticipated Payments From Escrow | Description | Escrow Balance Anticipated | Escrow Balance Required |
|---|---|---|---|---|---|
| | | | Starting Balance | ($12,424.67) | 2,804.83 |
| Sep 2019 | 934.93 | | | ($11,489.74) | 3,739.76 |
| Oct 2019 | 934.93 | | | ($10,554.81) | 4,674.69 |
| Nov 2019 | 934.93 | | | ($9,619.88) | 5,609.62 |
| Dec 2019 | 934.93 | 510.49 | City Tax | ($9,195.44) | 6,034.06 |
| Jan 2020 | 934.93 | | | ($8,260.51) | 6,968.99 |
| Feb 2020 | 934.93 | 1,481.44 | Hazard | ($8,807.02) | 6,422.48 |
| Mar 2020 | 934.93 | | | ($7,872.09) | 7,357.41 |
| Apr 2020 | 934.93 | | | ($6,937.16) | 8,292.34 |
| May 2020 | 934.93 | | | ($6,002.23) | 9,227.27 |
| Jun 2020 | 934.93 | | | ($5,067.30) | 10,162.20 |
| Jul 2020 | 934.93 | 1,816.75 | City Tax | ($5,949.12) | 9,280.38 |
| Jul 2020 | | 7,410.51 | Water/Sewer Tax | ($13,359.63) | 1,869.87 |
| Aug 2020 | 934.93 | | | ($12,424.70) | 2,804.80 |
| | $11,219.16 | $11,219.19 | | | |

(Please keep this statement for comparison with the actual activity in your account at the end of the escrow accounting computation year.)

Your ending balance from the last month of the account history (escrow balance anticipated) is ($12,424.67). Your starting balance (escrow balance required) according to this analysis should be $2,804.83. This means you have a shortage of $15,229.50. This shortage may be collected from you over a period of 12 months or more unless the shortage is less than 1 month's deposit, in which case we have the additional option of requesting payment within 30 days. We have decided to do nothing. We anticipate the total of your coming year bills to be $11,219.19. We divide that amount by the number of payments expected during the coming year to obtain your escrow payment.

| New Escrow Payment Calculation | |
|---|---|
| Unadjusted Escrow Payment | $934.93 |
| Surplus Reduction: | $0.00 |
| Shortage Installment: | $0.00 |
| Rounding Adjustment Amount: | $0.00 |
| Escrow Payment: | $934.93 |

**TO THE EXTENT YOUR OBLIGATION HAS BEEN DISCHARGED, DISMISSED OR IS SUBJECT TO AN AUTOMATIC STAY OF BANKRUPTCY ORDER UNDER TITLE 11 OF THE UNITED STATES CODE, THIS NOTICE IS FOR COMPLIANCE AND INFORMATION PURPOSES ONLY AND DOES NOT CONSTITUTE A DEMAND FOR PAYMENT OR ANY ATTEMPT TO COLLECT ANY SUCH OBLIGATION.**

---

✂ Detach Here


Shellpoint Mortgage Servicing  
PO Box 10826  
Greenville, SC 29603 0826  
(800) 365-7107

**Escrow Shortage Reply (This is not a bill)**

Loan Number: ▉▉▉▉▉▉  
Full Shortage Amount: $15,229.50  
Payment Amount: $ _____

Your escrow shortage has been spread over 0 months, resulting in an additional increase in your monthly payment in the amount of 0.00.

**Shellpoint Mortgage Servicing**  
P.O. Box 740039  
Cincinnati, OH 45274-0039

IF YOU CHOOSE to pay your shortage in full, please visit www.ShellpointMtg.com in order to expedite your payment. You can also mail this coupon with your remittance of the full shortage amount to the address to the left

# Delaware

## The First State

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED IS A TRUE AND CORRECT COPY OF THE CERTIFICATE OF AMENDMENT OF "NEW PENN FINANCIAL, LLC", CHANGING ITS NAME FROM "NEW PENN FINANCIAL, LLC" TO "NEWREZ LLC", FILED IN THIS OFFICE ON THE NINTH DAY OF OCTOBER, A.D. 2018, AT 4:57 O`CLOCK P.M.

AND I DO HEREBY FURTHER CERTIFY THAT THE EFFECTIVE DATE OF THE AFORESAID CERTIFICATE OF AMENDMENT IS THE SEVENTH DAY OF JANUARY, A.D. 2019.



Jeffrey W. Bullock, Secretary of State

4336363  8100
SR# 20187059692

Authentication: 203582539
Date: 10-10-18

You may verify this certificate online at corp.delaware.gov/authver.shtml

State of Delaware
Secretary of State
Division of Corporations
Delivered 04:57 PM 10/09/2018
FILED 04:57 PM 10/09/2018
SR 20187059692 - File Number 4336363

# STATE OF DELAWARE
# CERTIFICATE OF AMENDMENT

1. Name of Limited Liability Company: New Penn Financial, LLC

2. The Certificate of Formation of the limited liability company is hereby amended as follows:

> Legal name change. New Penn Financial, LLC's new legal name will be NewRez LLC effective January 7, 2019.

IN WITNESS WHEREOF, the undersigned have executed this Certificate on the _3RD_ day of _October_, A.D. _2018_.

By: _____
Authorized Person(s)

Name: Kevin Patrick Harrigan    President and CEO - Origination Division; Board of Managers

Print or Type