# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

*In re:*

    Matthew Scott Piet  
    Heather Marie Piet

             Debtor(s).
_____/

**Chapter:** 13

**Case Number:** 18-51608  
**Judge:** Mark A. Randon

## OBJECTION TO NOTICE OF MORTGAGE PAYMENT CHANGE PROOF OF CLAIM (PACER CLAIM NO. 9)

    NOW COMES, Matthew Scott Piet and Heather Marie Piet, by and through their attorney, The Law Office of Afan Bapacker, P.C., in support of their objection to Notice of Mortgage Payment Change relating to Proof of Claim #9 filed on August 6, 2019 states as follows:

1. Debtors filed for Bankruptcy relief on August 22, 2018.
2. Creditor, NewRez LLC d/b/a Shell Point Mortgage Servicing, filed a Notice of Payment Change relating to Pacer Claim Number 9 on August 6, 2019.
3. In the Notice, Creditor seeks to increase Debtor's escrow payment to $ 934.93 monthly. Upon review of the escrow charges attached to the claim, it appears that Creditor is charging Debtors for property tax payments made on behalf of Debtors by Creditor for tax years 2016-2019.
4. Based on Debtors' Attorney's conversation with attorney on behalf of Oakland County Treasurer, none of those payments identified in the attachment have been made to the county and the county's claims remain outstanding in Debtor's case.
5. As a result, Debtors are being double charged for the identified tax years.

    WHEREFORE, Debtor's respectfully request that this Honorable court sustain their Objection to Notice of Mortgage Payment Change relating to Proof of Claim #9 filed on August 6, 2019.

**Dated: August 15, 2019**          **The Law Office of Afan Bapacker, P.C.**

                                              **/s/ Afan Bapacker**  
                                              Afan Bapacker (P70885)  
                                              The Law Office of Afan Bapacker, P.C.  
                                              16030 Michigan Avenue, Suite 220  
                                              Dearborn, MI 48126  
                                              afan@bapackerlaw.com  
                                              (313) 429-9525  
                                              (313) 447-3014 Fax

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

*In re:*

| | |
|---|---|
| Matthew Scott Piet<br>Heather Marie Piet<br><br>Debtor(s). | **Chapter:** 13<br><br>**Case Number:** 18-51608<br>**Judge:** Mark A. Randon |

## NOTICE OF OBJECTION TO PROOF OF CLAIM

The Debtor in the above captioned matter has filed an objection to your claim in this Bankruptcy Case.

**Your claim may be reduced, modified, or eliminated. You should read these papers carefully and discuss them with you attorney, if you have one.**

If you do not want the court to deny or change your claim, then on or before September 11, 2019, you or your lawyer must:

1. File with the court a written response to the objection, explaining your position, at:

    U.S. Bankruptcy Court-Court Clerk
    211 W. Fort Street
    Detroit, MI 48226

    If you mail your response to the court for filing, you must mail it early enough so that the court will **receive** it on or before the date stated above.

    You must also mail a copy to:

    1. The Law Office of Afan Bapacker, P.C. 16030 Michigan Avenue, Suite 220, Dearborn, MI 48126

2. Attend the hearing on the objection, scheduled to be held on September 18, 2019 at 11:00 a.m. in Courtroom 1825, United States Bankruptcy Court, 211 West Fort Street., Detroit, MI 48226, unless your attendance is excused by mutual agreement between yourself and the objector's attorney. (Unless the matter is disposed of summarily as a matter of law, the hearing shall be a pre-trial conference only; neither testimony nor evidence will be received. A pre-trial scheduling order may be issued as a result of the pre trial conference.)

**If you or your attorney do not take these steps, the court may decide that you do not oppose the objection to your claim, in which event the hearing will be canceled, and the objection sustained.**

**Dated: August 15, 2019**  The Law Office of Afan Bapacker, P.C.

/s/ Afan Bapacker
Afan Bapacker (P70885)
The Law Office of Afan Bapacker, P.C.
16030 Michigan Avenue, Suite 220
Dearborn, MI 48126
afan@bapackerlaw.com
(313) 429-9525
(313) 447-3014 Fax

# UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

*In re:*

| | |
|---|---|
| Matthew Scott Piet<br>Heather Marie Piet | **Chapter:** 13 |
| | **Case Number:** 18-51608 |
| Debtor(s). | **Judge:** Mark A. Randon |
| _____/ | |

## ORDER DENYING NOTICE OF MORTGAGE PAYMENT CHANGE PROOF OF CLAIM (PACER CLAIM NO. 9)

    This matter came on for hearing upon Debtor's Objection to NewRez LLC d/b/a Shell Point Mortgage Servicing's Notice of Payment Change relating to Pacer Claim Number 9 filed on August 6, 2019, pursuant to L.B.R. 3007-1 (E.D.M.), the Objection having been served with the Notice of Objection to Claim in accordance with the Local Bankruptcy rules, the requisite time for response having been passed, no response to the Objection having been timely filed and served, and the Court being otherwise sufficiently advised in the premises;

    IT IS HEREBY ORDERED that NewRez LLC d/b/a Shell Point Mortgage Servicing's Notice of Payment Change relating to Pacer Claim Number 9 filed on August 6, 2019 is DENIED.

EXHIBIT A

# UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

*In re:*

| | |
|---|---|
| Matthew Scott Piet<br>Heather Marie Piet<br><br>Debtor(s).<br>_____/ | **Chapter:** 13<br><br>**Case Number:** 18-51608<br>**Judge:** Mark A. Randon |

## CERTIFICATE OF SERVICE

I hereby certify that on **August 15, 2019**, a copy of **the Objection NewRez LLC d/b/a Shell Point Mortgage Servicing's Notice of Payment Change relating to Pacer Claim Number 9 filed on August 6, 2019**, notice to respondent, all exhibits and this certificate of service was served electronically or by regular United States mail to the Chapter 13 Trustee and the following:

**Julian Cotton**
**Padgett Law Group**
**6267 Old Water Oak Road, Suit 203**
**Tallahassee, FL 32312**
**Fax: 850-422-2567**
Email: **bkcrm@padgettlaw.net**

| | |
|---|---|
| **Dated: August 15, 2019** | The Law Office of Afan Bapacker, P.C.<br><br>**/s/ Afan Bapacker**_____<br>Afan Bapacker (P70885)<br>The Law Office of Afan Bapacker, P.C.<br>16030 Michigan Avenue, Suite 220<br>Dearborn, MI 48126<br>afan@bapackerlaw.com<br>(313) 429-9525<br>(313) 447-3014 Fax |