# UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

*In re:*

| | |
|---|---|
| Matthew Scott Piet <br> and <br> Heather Marie Piet <br> Debtors. <br> _____ / | **Chapter:** 13 <br> **Case Number:** 18-51608 <br> **Judge:** Mark A. Randon |

ORDER CONFIRMING PLAN

The Debtor's Chapter 13 plan was duly served on all parties in interest. A hearing on confirmation of the plan was held after due notice to parties in interest. Objections, if any, have been resolved. The Court hereby finds that each of the requirements for confirmation of a Chapter 13 plan pursuant to 11 U.S.C. §1325(a) are met.

Therefore, IT IS HEREBY ORDERED that the Debtor's Chapter 13 plan, as last modified, if at all, is confirmed.

IT IS FURTHER ORDERED that the claim of attorney for the Debtor, for the allowance of compensation and reimbursement of expenses is allowed in the total amount of \*\*\*\* in fees and 00.00 in expenses, and that the portion of such claim which has not already been paid, to-wit: \*\*\*\* shall be paid by the Trustee as an administrative expense of this case.

IT IS FURTHER ORDERED that the Debtor shall maintain all policies of insurance on all property of the Debtor and this estate as required by law and contract.

All filed claims to which an objection has not been filed are deemed allowed pursuant to 11 U.S.C. §502(a), and the Trustee is therefore ORDERED to make distributions on these claims pursuant to the terms of the Chapter 13 plan, as well as all fees due the Clerk pursuant to statute.

IT IS FURTHER ORDERED as follows: [*Only provisions checked below apply*]

- ■ \*\*\*\*Debtor's Counsel shall file and serve an application for fees for pre-confirmation Attorney fees incurred.
- ■ Debtors Surrender their interest in the 2017 Ford Escape and Ford Motor Credit is granted Relief from the Automatic Stay pursuant to 11 U.S.C. §362, to recover and liquidate the 2017 Ford Escape (VIN: 1FMCU9GD6HUC48087) (Acct. No.: 3690). Further, the Stay as provided under Fed.R.Bankr.P. 4001(a)(3), not apply to Ford with respect to this Order. Ford Motor Credit shall be treated in class 6.3 of the Chapter 13 Plan.
- ■ Creditor, Partners for Payment Relief DEII, LLC shall be paid pursuant to the Order Allowing Debtors to Enter into a Permanent Loan Modification entered on June 26, 2019 docket number 50.
- ■ Debtor's plan Payment shall increase to $ 2,104.84 per month effective 12/11/19.
- ■ The Oakland County Treasurer shall have a 5.2 secured claim in the amount of $1,559.21 to be paid at 18% interest per annum for the 2016 property taxes; the Oakland County Treasurer shall also have a 5.2 secured claim in the amount of $5,977.16 to be paid at 12% interest per annum for the 2017 and 2018 property taxes; the Oakland County Treasurer shall retain its liens on the property until paid in full.
- ■ Debtors shall file amended schedules I and J and a Plan Modification (if necessary) if Debtor-Wife receives Social Security Benefits.
- ■ U.S. Bank's 4.2 arrears claim shall be paid over 60 months.

| APPROVED: | OBJECTIONS WITHDRAWN: | APPROVED: |
|---|---|---|
| /s/Margaret Conti-Schmidt | /s/ Michael T. Brown | /S/ Afan Bapacker |
| Krispen S. Carroll | CREDITOR: Ford Motor Credit | AFAN BAPACKER p70885 |
| 719 Griswold | Michael T. Brown, Esq. P71385 | ATTORNEY FOR DEBTOR |
| 1100 Dime Bldg | Kilpatrick & Associates, P.C. | 16030 Michigan Ave Ste 220 |
| Detroit, Michigan 48226 | 903 North Opdyke Road, Suite C | Dearborn, MI 48126 |
| notice@det13ksc.com | Auburn Hills, Michigan 48326 | 313-429-9525 |
| | /s/ Jon Lieberman | /s/ Kevin C. Calhoun |
| | CREDITOR: Partners for Payment Relief DEII, LLC | Kevin C. Calhoun (P55592) |
| | | Calhoun & Di Ponio, PLC |
| | | 29828 Telegraph Road |
| | | Southfield, MI 48034-1338 |
| | | (248) 228-2200 office |
| | | kevin@lawyermich.com |
| | | /s/ Panayiotis Marselis (P66572) |
| | | Attorney for US Bank NA |

**Signed on December 14, 2019**



/s/ Mark A. Randon

**Mark A. Randon**
**United States Bankruptcy Judge**